NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARTIN GARDNER REIFFIN,**
*Plaintiff-Appellant,*

v.

**MICROSOFT CORPORATION, WILLIAM H. GATES, III, AND STEVEN A. BALLMER,**
*Defendants-Appellees.*

---

2012-1140

---

Appeal from the United States District Court for the Northern District of California in case no. 11-CV-3505, Judge Charles R. Breyer.

---

## ON MOTION

---

## ORDER

Microsoft Corporation moves to dismiss the current appeal as premature. Martin Gardner Reiffin opposes. Microsoft replies. Reiffin moves for leave to file a surreply.

Subsequently, on April 16, 2012, the district court entered final judgment in the underlying action. Reiffin filed another appeal, 2012-1357, and within that notice of

appeal states that he withdraws this appeal, 2012-1140. We treat that statement as a withdrawal of his opposition to the motion to dismiss 2012-1140.

Accordingly,

IT IS ORDERED THAT:

The motions are granted.  Appeal 2012-1140 is dismissed.

For The Court

<u>JUN 1 1 2012</u>

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: Joseph L. Spiegel, Esq.

Todd M. Siegel, Esq.

s25

ISSUED AS A MANDATE: ___JUN 1 1 2012___

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 1 1 2012

JAN HORBALY
CLERK